

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,888-01

### IN RE JOSEPH DEVAN DUPLECHIN, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 1438734-A & 1403695-A IN THE 184ᵗʰ DISTRICT COURT
### FROM HARRIS COUNTY

---

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 184ᵗʰ District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court. Relator contends that the district court entered orders designating issues on October 7, 2015 and October 23, 2015.

Respondent, the Judge of the 184ᵗʰ District Court of Harris County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall

be submitted within 30 days of the date of this order. This application for leave to file a writ of

mandamus will be held in abeyance until Respondent has submitted his response.

Filed: May 18, 2016
Do not publish